**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSHUA GIBRAN MAYWEATHER,

Plaintiff

v.

NICOLE FISHER, et al.,

Defendants

Case No.: 3:26-cv-00383-MMD-CSD

**Order**

On October 9, 2026, the court issued an order granting Plaintiff's application to proceed *in forma pauperis*, and dismissed his complaint with leave to amend. (ECF No. 3.) That order was returned as undeliverable. (ECF No. 5.)

Under Local Rule IA 3-1, a pro se party must *immediately* file with the court written notification of any change of mailing address.

Plaintiff shall file a notice of change of address on or before **November 9, 2026**. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: October 27, 2026

Craig S. Denney
United States Magistrate Judge